**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MALIBU MEDIA, LLC,

        Plaintiff,

   v.                                Civil Action No. 3:15-cv-05384-WHA

JOHN DOE, subscriber assigned IP address
24.130.61.195,

        Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 24.130.61.195. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 1, 2016

.

                                      Respectfully submitted,

                                      By:    /s/ *Brenna E. Erlbaum*
                                      Brenna E. Erlbaum
                                      Heit Erlbaum, LLP
                                        501-I South Reino Road, #344
                                        Newbury Park, CA 91320

Phone: 805-231-9798
Email:  brenna.erlbaum@helaw.attorney
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brenna E. Erlbaum*
Brenna E. Erlbaum